UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:06-CR-140-011 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| CHARLES JEROME JONES, also known as ) | |
| "BONY JONES," also known as "B.J." ) | |

## O R D E R

On April 30, 2007, United States Magistrate Judge William B. Mitchell Carter conducted a plea hearing in this case and filed a Report and Recommendation ("R&R"). The R&R recommends (1) the Court accept the defendant's guilty plea as to Count One of the Indictment, to the extent it charges conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and the lesser included offense of (b)(1)(D); (2) the Court adjudicate the defendant guilty of the charge to which he has pleaded; (3) the Court accept the defendant's plea agreement at the time of sentencing; and (4) the defendant remain on bond pending sentencing (Court File No. 177).

Neither party has filed objections to the R&R within the given ten (10) days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 177) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's guilty plea to the lesser included offense of Count One of the Indictment is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charge to which he has pleaded;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **SHALL REMAIN ON BOND** until sentencing.  Sentencing is set for **Thursday, August 9, 2007, at 9:00 a.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**